Case 1:25-cv-00219   Document 8   Filed on 10/03/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANGEL DE A-E[1], <br>     Plaintiff, <br><br> v. <br><br> KRISTI NOEM *et al*, <br>     Defendants. | § <br> § <br> § <br> §    CIVIL ACTION NO. 1:25-cv-219 <br> § <br> § <br> § |

## ORDER TO SHOW CAUSE

Before the Court is Petitioner Angel De A-E's "Motion for Order to Show Cause as to Detention," filed on September 29, 2025. Dkt. No. 2. The Petitioner requests Respondents Kristi Noem, Miguel Vergara, Carlos Cisneros, Todd Lyons and Pamela Bondi to show cause why his petition for a writ of habeas corpus should not be granted pursuant to 28 U.S.C. § 2243. *Id.*

Now, the Court **GRANTS** Petitioner's Motion for Order to Show Cause as to Detention (Dkt. No. 2).

To facilitate further progress of this petition, the Clerk of Court is **DIRECTED** to serve via regular and certified mail a copy of the Petition (Dkt No. 1), the Application for Show Cause (Dkt. No. 2), and this Order upon the United States Attorney for the Southern District of Texas, Nicholas Ganjei at 1000 Louisiana, Ste. 2300 in Houston, Texas 77002.

Pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to file their return certifying the true cause of the detention. The Court finds good cause provides that such return shall be filed **no later than October 22, 2025**.[2]

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

[2] 28 U.S.C. § 2243 allows a return within three days unless for good cause additional time, not exceeding twenty days, is allowed.

Additionally, Respondents shall also file under seal – **no later than October 22, 2025** – a Bates stamped copy of Petitioner's A-file.

Petitioner shall file a reply to the Respondent's return **no later than October 29, 2025.**

Signed on October 3, 2025.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge