United States District Court
Southern District of Texas
**ENTERED**
February 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANGEL MARIO DE ALVA-ESCOBEDO, § § Petitioner, § § VS. § KRISTI NOEM, *et al.*, § § Respondents. § | CIVIL ACTION NO. 1:25-CV-219 |

## ORDER

Petitioner Angel Mario De Alva Escobedo requests dismissal of his case without prejudice to refiling. (Motion, Doc. 15)  The Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Petitioner Angel Mario De Alva Escobedo's Motion to Dismiss (Doc. 15) is **GRANTED**; and

**ORDERED** that Petitioner Angel Mario De Alva Escobedo's causes of action are **DISMISSED WITHOUT PREJUDICE TO REFILING**.

Each party shall bear its own fees and costs.

The Clerk of Court is directed to close this matter.

Signed on February 5, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge